IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00577-RPM

GLADYS JONES,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

_____

ORDER DISMISSING THIRD CLAIM FOR RELIEF
_____

      Pursuant to the Stipulated Motion to Dismiss Plaintiff's Third Claim for Relief with

Prejudice [8], it is

      ORDERED that the motion is granted.

      Dated: March 21st, 2013

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____

                               Richard P. Matsch, Senior District Judge