IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00577-RPM

GLADYS JONES,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____

## ORDER DISMISSING ALLEGATIONS FROM COMPLAINT
_____

    Pursuant to the Stipulated Motion to Strike Allegations from Complaint [11] filed April 2, 2013, it is

    ORDERED that the motion is granted and all allegations in paragraph 26 of Plaintiff's Complaint are stricken.

    Dated: April 3rd, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge