**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: August 21, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 13-cv-0577-RPM

| | |
|---|---|
| GLADYS JONES, | Laurence M. Schneider |
| | Meredith A. Quinlivan |
| Plaintiff, | |
| v. | |
| STATE FARM MUTUAL | Suzanne J. Lambdin |
| AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:29 a.m.** **Court in session.**

Court's preliminary remarks.

Argument by Ms. Lambdin.

Argument by Mr. Schneider.

**ORDERED:** **Defendant's Motion for Summary Judgment [14], is denied.**

Discussion regarding scheduling.

**ORDERED:** **Scheduling conference set September 6, 2013 at 2:00 p.m.
Proposed scheduling order in paper format submitted directly to chambers by
4:00 p.m. August 29, 2013.**

**10:44 a.m.** **Court in recess.**

Hearing concluded. Total time: 15 min.