IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00577-RPM

GLADYS JONES,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

_____

## ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon review of plaintiff's motion to amend [27] and pursuant to the hearing held September 6, 2013, it is

ORDERED that the motion to amend is granted and the amended complaint attached thereto is accepted for filing.

Dated: September 27th, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge