IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13cv-00577-RPM

GLADYS JONES,

    Plaintiff,

v.

STATE FARM MUTUAL INSURANCE COMPANY,

    Defendant.

ORDER SETTING TRIAL DATE AND PRETRIAL CONFERENCE

Pursuant to today's conference, it is

ORDERED that this matter is set for trial to court on **May 27, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED a pretrial conference is scheduled for **April 25, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 17, 2014.**  The conference is conducted with lead counsel present in person.  No parties or representatives

of parties will be permitted to attend.

        Dated: November 26 , 2013

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge