IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 2013-cv-577-RPM

GLADYS JONES,

    Plaintiff,

v.

STATE FARM MUTUAL INSURANCE COMPANY,

    Defendant,

_____

**ORDER RE: PLAINTIFF'S MOTION
TO EXTEND DISCOVERY DEADLINE**
_____

    Upon review of Plaintiff's Motion to Extend Discovery Deadline to and including April 18, 2014, it is

    ORDERED that the motion is granted.

    DATED: March 20th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge