# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    October 23, 2014
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 13-cv-0577-RPM

GLADYS JONES,                                         Meridith A. Quinlivan

     Plaintiff,

v.

STATE FARM MUTUAL                                     Franklin D. Patterson
AUTOMOBILE INSURANCE COMPANY,

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**10:58 a.m.**        **Court in session.**

Court's preliminary remarks.

Mr. Patterson answers questions asked by the court regarding the impounded car (unaware of disposition of car), Texas litigation (separate auto accident) and the Adams County State Court case (State Farm's intervention).
**Court instructs Mr. Patterson to file a copy of State Farm's motion to intervene (judicial estoppel).**

Argument by Mr. Patterson
Argument by Ms. Quinlivan.
Defendant's renewed motion for the claim of bad faith by Ms. Quinlivan.
Rebuttal argument by Mr. Patterson.

**Court instructs Ms. Quinlivan to file all returns of service from the Adams County Court case. Court permits Mr. Patterson to file all correspondence between defendant and the plaintiff that occurred during the Adams County case.**

**ORDERED:**    **Defendant's Motion for Summary Judgment [43], is taken under advisement. Counsel have 10 days (11/6/2014) to supplement the record as instructed on record.**

**11:28 a.m.**        **Court in recess.**   Hearing concluded.  Total time: 30 min.