IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00577-RPM

GLADYS JONES,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____

### ORDER FOR ENTRY OF FINAL JUDGMENT
_____

Pursuant to this Court's order on summary judgment, entered November 10, 2014, [Doc. 51], the defendant's position regarding the amount of judgment [Doc. 52] and the plaintiff's position regarding proposed amount of judgment [Doc. 56], and the final finding and conclusion that the amount of judgment should be the policy limit, it is

ORDERED that final judgment shall enter for the plaintiff and against the defendant in the amount of $100,000.00, plus costs and post-judgment interest.

Dated: December 12, 2014

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge