IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00577-RPM

GLADYS JONES,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.
_____

**ORDER RE: DEFENDANT STATE FARM'S MOTION FOR STAY OF EXECUTION ON JUDGMENT PENDING RESOLUTION OF APPEAL**
_____

     This Matter comes before the Court on Defendant State Farm's Motion for Stay of Execution on Judgment Pending Resolution of Appeal. The Court, having reviewed the Motion, any response and reply thereto, and being advised in the premises, makes the following findings and issues the following order:

     The Court finds that a judgment in the principal amount of $100,000.00 was entered against State Farm and remains unsatisfied. The Court also finds that it is undisputed that State Farm intends to file a Notice of Appeal.

     The Court further finds that State Farm is prepared to file a supersedeas bond in the amount of $120,000.00, which is more than adequate to cover the amount of the judgment plus costs and any post-judgment interest which would accrue during the appeal.

     The Court therefore ORDERS, consistent with Fed. R. Civ. P. 62(d), that execution upon and enforcement of the judgment entered against Defendant State Farm Mutual Automobile Insurance Company in this action is STAYED. Upon receipt of the Mandate from the Appellate Court, this Court will enter further, appropriate orders.

     DATED:    January 12, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge